IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDELL LONG,<br>      Petitioner | :<br>:<br>: |
| v. | :   CIVIL NO. 1:11-CV-2347 |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, *et al.*,<br>      Respondents | :<br>:<br>:<br>: |

*O R D E R*

The background of this order is as follows:

Presently before us is Magistrate Judge Blewitt's Report and Recommendation ("R&R") (Doc. 12), wherein Judge Blewitt recommends that we dismiss Petitioner's habeas petition (Doc. 1). Also before us are Petitioner's objections to the R&R (Doc. 13).

Upon independent review of the record, we agree with the reasoning and conclusions set forth in the R&R. We agree that Petitioner's underlying petition (Doc. 1) is essentially a second or successive petition, raising the same claims that he previously raised, except for the fact that, on this occasion, he has been denied parole yet again. Moreover, we agree that Petitioner's claims fail on the merits. Petitioner's objections are squarely addressed by the R&R, and it is unnecessary for us to add any further discussion here.

ACCORDINGLY, this 19th day of June, 2012, it is ORDERED as follows:

1. The R&R (Doc. 12) is approved.

2. The petition (Doc. 1) is dismissed.

3. For the reasons set forth above, and discussed more fully in the R&R, a certificate of appealability is denied.

    4.      The Clerk of Court is directed to close this case.

                                /s/ William W. Caldwell
                                William W. Caldwell
                                United States District Judge